UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SUSAN HANRATTY,

    Plaintiff,

  v.

GEORGE T. WATSON and TS
ACQUISITIONS, INC.,

    Defendants.

Case No. 10-cv-662-JPG

## MEMORANDUM AND ORDER

      This matter comes before the Court for case management purposes. In a September 2, 2010, order (Doc. 6), the Court noted a defect in defendant George T. Watson's jurisdictional allegations in the notice of removal. The Court gave Watson up to and including September 17, 2010, to amend the notice of removal to correct the jurisdictional defect. The Court further warned Watson that their failure to amend the faulty pleading could result in remand of this case for lack of subject matter jurisdiction. Watson failed to timely amend his notice of removal to correct the defect. The Court hereby **ORDERS** Watson to **SHOW CAUSE** on or before October 1, 2010, why the Court should not remand this case for lack of subject matter jurisdiction. The Court will construe a failure to respond in a timely manner as an admission that the Court does not have subject matter jurisdiction over this case and will remand this matter to state court.

**IT IS SO ORDERED.**
**DATED: September 20, 2010**

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**